**Geraldine SMITH, Plaintiff-Appellant,**

v.

**Chris A. HEISSERER, Defendant-Respondent.**

**No. 11402.**

Missouri Court of Appeals, Southern District.

Dec. 6, 1979.

Donald Rhodes, Bloomfield, for plaintiff-appellant.

Don P. Thomasson, Cape Girardeau, for defendant-respondent.

**PER CURIAM:**

Damage suit and jury verdict for defendant. The trial court's "Judgment Order" set forth in the transcript filed herein consists of nothing more than a recitation of the day's events and does not purport to be an entry of judgment on the verdict.

There being no final judgment, the appeal is premature and is dismissed.

All concur.